IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IMCA, Inc., on behalf of itself and all others similarly situated in Puerto Rico,<br><br>Plaintiffs<br><br>vs<br><br>AU OPTRONICS CORP.; AU OPTRONIC CORP. AMERICA; CHI MEI OPTOELECTRONICS USA, INC.; CHUNGHWA PICTURE TUBES, LTD.; FUJITSU LIMITED, INC.; FUJITSU AMERICA, INC.; HANNSTAR DISPLAY CORPORATION; HITACHI, LTD.; HITACHI DISPLAYS, LTD.; HITACHI AMERICA, LTD.; IDTECH CO., LTD; IDTECH USA, INC.; IPS ALPHA TECHNOLOGY, LTD.; LG PHILIPS LCD CO., LTD.; LG. PHILIPS LCD AMERICA, INC.; MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD.; PANASONIC COPORATION OF NORTH AMERICA; MITSUBISHI ELECTRIC CORPORATION; MITSUBISHI ELECTRIC & ELECTRONICS USA, INC.; NEC ELECTRONICS CORPORATION; NEC ELECTRONICS AMERICA, INC.; SAMSUNG ELECTRONICS COMPANY, LTD.; SAMSUNG ELECTRONICS AMERICA, INC.; SANYO ELECTRIC CO., LTD.; SANYO NORTH AMERICA CORPORATION; EPSON IMAGING DEVICES CORPORATION; SEIKO EPSON CORPORATION; EPSON AMERICA, INC.; EPSON ELECTRONICS AMERICA, INC.; SHARP CORPORATION; SHARP ELECTRONICS CORPORATION; S-LCD CORPORATION; SYNTAX-BRILLIAN CORP.; TOSHIBA CORPORATION; TOSHIBA AMERICA INC.; TOSHIBA MATSUSHITA DISPLAY TECHNOLOGY CO., LTD.; AND JOHN DOES 1-100,<br><br>Defendants | CIVIL 07-1199CCC |

## O R D E R

Given that pursuant to the Conditional Transfer Order issued by the Judicial Panel on Multidistrict Litigation (Panel) on May 11, 2007 this action has been transferred to the Northern District of California, assigned to the Honorable Susan Yvonne Illston, and filed in the office of the Clerk of the U.S. District Court for the Northern District of California on April 25,

2007, for coordinated or consolidated pretrial proceedings, the same shall be closed for administrative purposes, to be reopened if and when the case is remanded by the Panel to this Court for trial.

    SO ORDERED.

    At San Juan, Puerto Rico, on May 17, 2007

                                          S/CARMEN CONSUELO CEREZO
                                          United States District Judge