CLOSED, CLOSEDFILE

# United States District Court
# District of Puerto Rico (San Juan)
# CIVIL DOCKET FOR CASE #: 3:07-cv-01199-CCC

IMCA, Inc. v. AU Optronics Corp. et al
Assigned to: Judge Carmen C. Cerezo
Demand: $20,000,000
Cause: 28:1331 Fed. Question: Anti-trust

Date Filed: 03/07/2007
Date Terminated: 05/17/2007
Jury Demand: Plaintiff
Nature of Suit: 410 Anti-Trust
Jurisdiction: Federal Question

**Plaintiff**

**IMCA, Inc.**
*On behalf of itself and all others
similarly situated in Puerto Rico*

represented by **Glenn Carl James-Hernandez**
James Law Offices
PMB 501, 1353 Rd. 19
Guaynabo, PR 00966-2700
787-763-2888
Fax: 787-763-2881
Email: jameslawoffices@centennialpr.net
*LEAD ATTORNEY
ATTORNEY TO BE NOTICED*

V.

**Defendant**

**AU Optronics Corp.**

**Defendant**

**AU Optronics Corp. America**

**Defendant**

**Chi Mei Optoelectronics Co., LTD**

**Defendant**

**Chi MeiOptoelectronics USA, Inc.**

**Defendant**

**Chunghwa Picture Tubes, LTD.**

**Defendant**

**Fujitsu Limited, Inc.**

**Defendant**

**Fujitsu America, Inc.**

**Defendant**

**Hannstar Display Corporation**

**Defendant**

**Hitachi, LTD.**

**Defendant**

**Hitachi Display Corporation**

**Defendant**

**Hitachi America, LTD.**

**Defendant**

**IDTECH Co., LTD.**

**Defendant**

**IDTECH USA, Inc.**

**Defendant**

**IPS Alpha Technology, LTD.**

**Defendant**

**LG. Philips LCD Co., LTD**

**Defendant**

**LG. Philips LCD America, Inc**     represented by   **Nestor Mendez-Gomez**
Pietrantoni Mendez & Alvarez
Banco Popular Center
209 Munoz Rivera Ave.
Suite 1901
San Juan, PR 00918
787-274-4904
Fax: 787-274-1470
Email: nmendez@pmalaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Matsushita Electric Industrial Co., LTD.**

**Defendant**

**Panasonic Corporation of North America**

**Defendant**

**Mitsubishi Electric Corporation**

**Defendant**

**Mitsubishi Electric & Electronics**

USA, Inc.

**Defendant**

**NEC Electronics Corporation**

**Defendant**

**NEC Electronics America, Inc.**

**Defendant**

**NEC LCD Technologies, LTD.**

**Defendant**

**Samsung Electronics America, Inc.**

**Defendant**

**Samsung Electronics Company, LTD.**

**Defendant**

**Sanyo Electric Co., LTD.**

**Defendant**

**Sanyo North America Corporation**

**Defendant**

**EPSON Imaging Devices Corporation**

**Defendant**

**Seiko EPSON Corporation**

**Defendant**

**EPSON America, Inc.**

**Defendant**

**Sharp Corporation**

**Defendant**

**Sharp Electronics Corporation**

**Defendant**

**SLCD Corporation**

**Defendant**

**Syntax Brillian Corp**

**Defendant**

**Toshiba Corporation**

**Defendant**

Toshiba America, Inc.

**Defendant**

Toshiba Matsushita Display
Technology Co, LTD.

**Defendant**

John Does 1-100

**Defendant**

EPSON Electronics America, Inc.

**Defendant**

Hitachi Displays,LTD

| Date Filed | # | Docket Text |
|---|---|---|
| 03/07/2007 | 1 | COMPLAINT against Hitachi Displays,LTD, Fujitsu America, Inc., Hannstar Display Corporation, Hitachi, LTD., Hitachi Display Corporation, Hitachi America, LTD., IDTECH Co., LTD., IDTECH USA, Inc., IPS Alpha Technology, LTD., LG. Philips LCD Co., LTD, LG. Philips LCD America, Inc, Matsushita Electric Industrial Co., LTD., Panasonic Corporation of North America, Mitsubishi Electric Corporation, Mitsubishi Electric & Electronics USA, Inc., NEC Electronics Corporation, NEC Electronics America, Inc., NEC LCD Technologies, LTD., Samsung Electronics America, Inc., Samsung Electronics Company, LTD., Sanyo Electric Co., LTD., Sanyo North America Corporation, EPSON Imaging Devices Corporation, Seiko EPSON Corporation, EPSON America, Inc., Sharp Corporation, Sharp Electronics Corporation, SLCD Corporation, Syntax Brillian Corp, Toshiba Corporation, Toshiba America, Inc., Toshiba Matsushita Display Technology Co, LTD., John Does 1-100, EPSON Electronics America, Inc., AU Optronics Corp., AU Optronics Corp. America, Chi Mei Optoelectronics Co., LTD, Chi MeiOptoelectronics USA, Inc., Chunghwa Picture Tubes, LTD., Fujitsu Limited, Inc. (Filing fee $ 350.), filed by IMCA, Inc.. (Attachments: # 1 Index of Exhibit# 2 Exhibit A, Civil Cover Sheet# 3 Exhibit B, Current Address Notice# 4 Exhibit C, Category Sheet)(James-Hernandez, Glenn) (Entered: 03/08/2007) |
| 03/07/2007 | 2 | MOTION for Disclosure *Statement* filed byGlenn Carl James-Hernandez on behalf of IMCA, Inc. (James-Hernandez, Glenn) (Entered: 03/08/2007) |
| 03/08/2007 | 3 | Summons Issued as to Fujitsu America, Inc., Hannstar Display Corporation, Hitachi, LTD., Hitachi America, LTD., IDTECH Co., LTD., IDTECH USA, Inc., IPS Alpha Technology, LTD., LG. Philips LCD Co., LTD, LG. Philips LCD America, Inc, Matsushita Electric Industrial Co., LTD., Panasonic Corporation of North America, Mitsubishi Electric Corporation, Mitsubishi Electric & Electronics USA, Inc., NEC Electronics Corporation, NEC Electronics America, Inc., NEC LCD |

CM/ECF LIVE - U.S. District Court for the District of Puerto Rico - Docket Report
Case 3:07-cv-05348-SI Document 1-6 Filed 10/19/2007 Page 5 of 6
Page 5 of 6

| | | |
|---|---|---|
| | | Technologies, LTD., Samsung Electronics America, Inc., Samsung Electronics Company, LTD., Sanyo Electric Co., LTD., Sanyo North America Corporation, EPSON Imaging Devices Corporation, Seiko EPSON Corporation, EPSON America, Inc., Sharp Corporation, Sharp Electronics Corporation, SLCD Corporation, Syntax Brillian Corp, Toshiba Corporation, Toshiba America, Inc., Toshiba Matsushita Display Technology Co, LTD., EPSON Electronics America, Inc., Hitachi Displays,LTD, AU Optronics Corp., AU Optronics Corp. America, Chi Mei Optoelectronics Co., LTD, Chi MeiOptoelectronics USA, Inc., Chunghwa Picture Tubes, LTD., Fujitsu Limited, Inc.Service due by 7/6/2007. (jap, ) (Entered: 03/09/2007) |
| 03/12/2007 | 4 | ORDER noted 2 Corporate Disclosure Statement. Motion terminated: 2 MOTION for Disclosure *Statement. Signed by Judge Carmen C. Cerezo on 3/9/07. (mmd) (Entered: 03/12/2007)* |
| 04/18/2007 | 5 | ***FILED IN ERROR*** USING WRONG LOGIN AND PASSWORD. STIPULATION *for Extension of Time and Proposed Order* by LG. Philips LCD America, Inc, IMCA, Inc.. (Mendez-Gomez, Nestor) Modified on 4/23/2007 (np, ). (Entered: 04/18/2007) |
| 04/18/2007 | 6 | Corporate Disclosure Statement byLG. Philips LCD America, Inc identifying LG.Philips LCD Co., Ltd. as Corporate Parent.. (Mendez-Gomez, Nestor) (Entered: 04/18/2007) |
| 04/24/2007 | 7 | STIPULATION *for Extension of Time and Proposed Order* by LG. Philips LCD America, Inc, IMCA, Inc.. (Mendez-Gomez, Nestor) (Entered: 04/24/2007) |
| 05/15/2007 | 8 | LETTER from MDL Judicial Panel informing case will be transferred to the Northern District of California, signed by Jeffery N. Luthi, Clerk of the Panel. Attachments: copy of MDL CTO-1, docket no. 1827, Schedule of Actions, list of involved counsel, list of involved judges, and list of involved clerks. This transfer Order will become effective when we receive the letter from the transferee court. (li) (Entered: 05/16/2007) |
| 05/17/2007 | 9 | ORDER. Given that pursuant to the Conditional Transfer Order issued by the Judicial Panel on Multidistrict Litigation (Panel) on May 11, 2007 this action has been transferred to the Northern District of California, assigned to the Honorable Susan Yvonne Illston, and filed in the office of the Clerk of the U.S. District Court for the Northern District of California on April 25, 2007, for coordinated or consolidated pretrial proceedings, the same shall be closed for administrative purposes, to be reopened if and when the case is remanded by the Panel to this Court for trial. Signed by Judge Carmen C. Cerezo on 5/17/07. (gsr, ) (Entered: 05/17/2007) |
| 06/04/2007 | 10 | LETTER OF TRANSFER received from the Northern District of California, the transferee court, with copy of MDL 07-1827, for transfer of this case to their district. (li, ) (Entered: 07/03/2007) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 10/19/2007 14:52:13 | | | |
| PACER Login: | us4077 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 3:07-cv-01199-CCC |
| Billable Pages: | 3 | Cost: | 0.24 |